UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1529-RN


FILED
JUN 1 0 2016
JULIE RICHARDS JOHNSTON, CLERK
BY US DISTRICT COURT, EDNC
_____ DEP CLK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT ) | |
| OF INFORMATION ASSOCIATED WITH ) | ORDER TO SEAL |
| FACEBOOK ACCOUNTS IN THE NAME ) | APPLICATION AND AFFIDAVIT |
| OF **NICK STANCIL** ) | FOR SEARCH WARRANT |
| (www.facebook.com/nickthebos) ) | |
| THAT ARE STORED AT PREMISES ) | |
| CONTROLLED BY FACEBOOK, INC. ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, along with Attachment "A" and Attachment "B" to the Affidavit, the instant Motion to Seal and Order, be sealed by the Clerk from this date until further ordered by this Court, except that a filed copy of the same be provided to the Office of the United States Attorney and Special Agent Mark A. Gant.

This 10th day of June, 2016.

*/s/ Robert T. Numbers*
ROBERT T. NUMBERS, II
United States Magistrate Judge

1