FILED

DEC 0 5 2016

JULIE RICHARDS-JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1529-RN

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH )
FACEBOOK ACCOUNTS IN THE NAME )          **ORDER TO UNSEAL**
OF NICK STANCIL )
(www.facebook.com/nickthebos) )
STORED AT PREMISES CONTROLLED )
BY FACEBOOK )

Upon motion of the government, the previously requested

application, affidavit, and order authorizing the search warrant

in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

5 December 2016
DATE

_____
JAMES E. GATES
United States Magistrate Judge